# Order

Lansing, Michigan

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

Rehearing No. 557

3 January 2009

135271

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v

CARLETUS LASHAWN WILLIAMS,
          Defendant-Appellant.

_____

SC: 135271
COA: 266807
Oakland CC: 2004-199576-FH
  2005-201296-FH

        In this cause a motion for rehearing is considered, and it is DENIED.  The motion
for miscellaneous relief is DENIED.



        I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

_____
Clerk